# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, | ) ) ) | 2:11-cv-00924-LRH-CWH |
| Plaintiffs, | ) | MINUTE ORDER |
| vs. | ) ) | |
| DAWN POLSON, an individual | ) ) | March 14, 2012 |
| Defendant. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Defendant's unopposed Motion to Strike Dawn Polson's Opposition to Plaintiffs' Motion for Summary Judgment (Doc. #17) and to Re-file the Same Motion without the Last Page (#18)[1].  Good cause appearing,

     Defendant's Motion to Strike Dawn Polson's Opposition to Plaintiffs' Motion for Summary Judgment (Doc. #17) and to Re-file the Same Motion without the Last Page (#18) is **GRANTED**. Defendant shall refile the same opposition without the last page. The revised opposition shall be deemed timely filed.

     IT IS SO ORDERED.

                                         LANCE S. WILSON, CLERK

                                         By:         /s/
                                                    Deputy Clerk

---

[1] Refers to the court's docket number.